# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE:<br><br>STEPHEN ANTHONY NEARY,<br><br>　　　　　　　　Debtor. | Case No. 20-10212 JGR<br><br>Chapter 11 |
| KARI and PATRICK HARRINGTON, JESSICA and SHANE LARSON, and ARTURO and TIMA EFENDIC-ORTIZ,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>STEPHEN ANTHONY NEARY,<br><br>　　　　　　　　Defendant. | Adversary No. 20-01239 JGR |

**VERIFIED STATEMENT REGARDING SERVICE OF SUMMONS AND COMPLAINT**

　　　　I, Elizabeth M. Berken, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that service of the *Complaint for Declaration of Non-Dischargeability and Objecting to Entry of Discharge Pursuant to 11 U.S.C. §§ 523 and 727* [Dkt. No. 1 ("***Complaint***")], *Summons in an Adversary Proceeding* [Dkt. No. 4 ("***Summons***")] and "Notice to Litigants per GPO 2009-3 (1994-3) were made on September 24, 2020 by:

☑　　Mail Service: Regular, first class United States mail, postage fully pre-paid addressed to:

　　　　　　Stephen A. Neary
　　　　　　2349 Rainbows End Point
　　　　　　Colorado Springs, Colorado 80921

☐　　Personal Service: By leaving the process with the defendant or with an officer or agent of the defendant at:

☐　　Resident Service: By leaving the process with the following adult at:

☐　　Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐　　Publication: The defendant was served as follows: [Describe briefly]

☐  State Law: The defendant was served pursuant to the laws of the State of _____ _____ (name of state), as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

DATED this 24th day of September, 2020.

Respectfully submitted,

*/s/ Elizabeth*

_____
Elizabeth M. Berken
For BERKEN CLOYES, P.C.
1159 Delaware Street
Denver, Colorado 80204
Tel.: (303) 623-4357
Fax: (720) 554-7853